ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
P. GREG PARHAM
Assistant United States Attorney
California Bar Number 140310
KATHARINE SCHONBACHLER
Assistant United States Attorney
California Bar No. 222875
   Federal Courthouse, 14th Floor
   312 North Spring Street
   Los Angeles, California 90012
   Telephone: (213) 894-6528/3172
   Facsimile: (213) 894-7177
   E-mail: Greg.Parham@usdoj.gov
          Katie.Schonbachler@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   vs.<br><br>ONE 2004 LAMBORGHINI GALLARDO;<br>ONE 2004 HUMMER H2, SPORT<br>UTILITY VEHICLE; ONE 2008<br>NISSAN 350Z; AND $15,000.00 IN<br>U.S. CURRENCY,<br><br>        Defendants. | CV 10-314 CBM (AJWx)<br><br>[~~PROPOSED~~]<br>**CONSENT JUDGMENT OF FORFEITURE** |

     This action was filed on January 15, 2010 and an Amended Complaint was filed on January 10, 2011. Notice was given and

1

published in accordance with law.  Plaintiff and claimants Raymond Mark ("Mark") and Marilu Herrera ("Herrera") filed claims and answers on March 2, 2010 and March 22, 2010, respectively.  No other claims or answers have been filed, and the time for filing claims and answers has expired.  The parties have reached an agreement that is dispositive of this action and hereby request that the Court enter this Consent Judgment of Forfeiture.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1. This Court has jurisdiction over the parties and the subject matter of this action.

2. Notice of this action has been given in accordance with law.  All potential claimants to the defendants one 2004 Lamborghini Gallardo; one 2004 Hummer H2 Sport Utility Vehicle; one 2008 Nissan 350Z; and $15,000.00 in U.S. currency (hereinafter "defendant currency") (all of the defendant assets will collectively be referenced hereinafter as "defendants") other than claimants Mark and Herrera are deemed to have admitted the allegations of the Amended Complaint.  The allegations set out in the Amended Complaint are sufficient to establish a basis for forfeiture.

3. The United States of America shall have judgment as to the defendant one 2004 Lamborghini Gallardo, Vehicle Identification Number ("VIN"): ZHWGU11S04LA01379 and $3,732.00 of the defendant currency, with all interest earned by the government on the full amount of the defendant currency, and no other person or entity shall have any right, title or interest

1 | therein.  The United States Secret Service is ordered to dispose
2 | of said assets in accordance with law.
3 |     4.   The defendant one 2004 Hummer H2, Sport Utility
4 | Vehicle, VIN: 5GRGN23U14H114928 shall be returned to Mark and
5 | Herrera.
6 |     5.   The defendant one 2008 Nissan 350Z, VIN:
7 | JN1BZ34D38M702723 shall be returned to Mark.
8 |     6.   The remainder of the defendant currency, that is,
9 | $11,268.00 in U.S. currency, without any interest earned by the
10 | government on the full amount of the defendant currency, shall
11 | be returned to Mark.  Mark shall provide any and all information
12 | needed to process the return of these funds according to federal
13 | law.
14 |     7.   Mark and Herrera hereby release the United States of
15 | America, its agencies, agents, officers and attorneys, including
16 | employees and agents of the United States Secret Service, and
17 | officers and employees of the Los Angeles Police Department,
18 | from any and all claims, actions or liabilities arising out of
19 | or related to the seizure of the defendants and the commencement
20 | of this action, including, without limitation, any claim for
21 | attorney's fees, costs or interest which may be asserted on
22 | behalf of the claimants, whether pursuant to 28 U.S.C. § 2465 or
23 | otherwise.
24 | ///
25 | ///
26 | ///
27 | ///
28 | ///

8. The court finds that there was reasonable cause for the seizure of the defendants and institution of these proceedings. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

Dated: 6/27, 2011

THE HONORABLE CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE

**Approved as to form and content:**

DATED: June 13, 2011

ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

KATHARINE SCHONBACHLER
P. GREG PARHAM
Assistant United States Attorneys

Attorneys for Plaintiff
United States of America

DATED: June 12, 2011

RAYMOND MARK,
CLAIMANT, PRO SE

DATED: June 12, 2011

MARILU HERRERA
CLAIMANT, PRO SE

4